UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE CAKEBREAD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BERKELEY MILLWORK AND FURNITURE CO., INC.,<br><br>    Defendant. | Case No. 16-cv-00083-RS<br><br>**ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT HEARING** |

In light of the discovery dispute pending before Magistrate Judge Donna M. Ryu, the hearing on Plaintiffs' Motion for Summary Judgment is continued without prejudice. The Court refrains from addressing Defendant's request for deferral under Fed. R. Civ. Proc. 56(d) at this time. Once Magistrate Judge Ryu has resolved the parties' dispute, Plaintiffs may place their motion back on calendar and the parties may file supplemental briefs based on new discovery, if any.

**IT IS SO ORDERED**.

Dated: September 20, 2016

_____
RICHARD SEEBORG
United States District Judge