UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jill Cakebread,<br><br>   Plaintiff,<br><br>  v.<br><br>Berkeley Millwork and Furniture Co., Inc.,<br><br>   Defendant. | Case No. 16-cv-00083-RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

  Defendant's Motion for Sanctions, raised in Docket No. 39, relates to the parties' pending discovery dispute and falls within the scope of the prior referral to Magistrate Judge Donna M. Ryu. The Court hereby refers Defendant's motion to Magistrate Judge Ryu and vacates the October 28, 2016 hearing.

**IT IS SO ORDERED**.

Dated: September 21, 2016

_____
RICHARD SEEBORG
United States District Judge