1  Clara J. Shin (No. 214809)
   Ethan Forrest (No. 286109)
2  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
3  San Francisco, California 94111-5356
4  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
5  Email: cshin@cov.com
           eforrest@cov.com
6

7  Attorneys for Plaintiffs and Counter-Defendants
   JILL CAKEBREAD and STEVE CAKEBREAD
8

9  Melvin D. Honowitz (No. 57341)
   Eric C. Shaw (No. 104889)
10 LAW OFFICE OF MELVIN D. HONOWITZ & ASSOCIATES
   One Embarcadero Center, Ste. 500
11 San Francisco, CA 94111
   Telephone:   (415) 773-2880
12 Facsimile:   (415) 433-5994
   Email:  mhonowitz@mdhlegal.com
13         eric@shawesq.com

14 Attorneys for Defendant
   BERKELEY MILLWORK
15 AND FURNITURE CO. INC.

16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JILL CAKEBREAD and STEVE CAKEBREAD, | Civil Case No.: 16-cv-00083-RS |
| Plaintiffs, | **STIPULATED REQUEST FOR ORDER EXTENDING DEPOSITION AND DISPOSITIVE MOTION FILING DEADLINES AND [PROPOSED] ORDER** |
| v. | |
| BERKELEY MILLWORK AND FURNITURE CO., INC., | |
| Defendant. | |
| *and related counterclaims.* | |

1    Pursuant to Local Rule 6-2, IT IS HEREBY STIPULATED by and between Jill and Steve Cakebread and Berkeley Millwork & Furniture Co., Inc., through their respective counsel, that, if the Court approves, the current deadlines for completion of depositions and filing of dispositive pretrial motions, and the dates of the final pretrial conference and beginning of trial, be extended as set forth below.  The stipulation is based on the following:

    1.    The parties have a pending discovery dispute and motion for sanctions before Judge Donna M. Ryu set for hearing on October 27, 2016.  ECF No. 42.  Relatedly, the Court postponed consideration of the Cakebreads' Motion for Summary Judgment on Berkeley Millwork's counterclaims until the discovery dispute is resolved.  ECF No. 38.

    2.    Given these pending motions, the parties cannot complete depositions and file other dispositive pretrial motions by the current deadlines of November 7 and November 17, respectively.

    3.    The parties propose and stipulate to a revised schedule as to these dates:

    • On or before December 16, 2016, the parties must complete all depositions.
    • On or before December 30, 2016, the parties must file and serve all dispositive pretrial motions.
    • The final pretrial conference will be held on April ~~21, 2017.~~ 20, 2017
    • Trial will begin on May 1, 2017.

    4.    The parties have not previously modified any deadlines in this case.

    5.    The parties respectfully ask that the Court grant their request.

    6.    Counsel for each party declares under penalty of perjury that the foregoing is true and correct.

                    *    *    *

STIPULATED REQUEST FOR ORDER
EXTENDING DEPOSITION AND DISPOSITIVE
MOTION FILING DEADLINES AND [PROPOSED]
ORDER
Civil Case No.: 16-cv-00083-RS

1

1  Per Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the
2  filing of this document has been obtained from the other signatory.

DATED: October 24, 2016                COVINGTON & BURLING LLP

                                       By:  /s/*Ethan Forrest*
                                            Clara J. Shin
                                            Ethan Forrest

                                            Attorneys for Plaintiffs and
                                            Counter-Defendants
                                            JILL CAKEBREAD and
                                            STEVE CAKEBREAD

DATED: October 24, 2016                LAW OFFICE OF MELVIN D. HONOWITZ
                                       & ASSOCIATES

                                       By:  /s/*Eric C. Shaw*
                                            Melvin D. Honowitz
                                            Eric C. Shaw

                                            Attorneys for Defendant and Counter-
                                            Claimant BERKELEY MILLWORK
                                            AND FURNITURE CO., INC.

**ORDER [PROPOSED]**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 10/24/16                        _____
                                       HONORABLE RICHARD G. SEEBORG
                                       UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER
EXTENDING DEPOSITION AND DISPOSITIVE
MOTION FILING DEADLINES AND [PROPOSED]
ORDER
Civil Case No.: 16-cv-00083-RS

2